UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-07701 |
| Ricardo Fajardo, | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard upon the Motion for Relief from Automatic Stay filed by PNC Bank, National Association, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is modified pursuant to Section 362(d) so as to not restrain PNC Bank, National Association, from pursuing nonbankruptcy remedies in connection with the real estate commonly known as 4143 W. 56th Street, Chicago, Illinois 60629.

IT IS FURTHER ORDERED that PNC Bank, National Association's proof of claim providing for the payment of current mortgage payments or payment of pre-petition arrearages in connection with the subject real estate is withdrawn as to any unpaid portion thereof for the purpose of this bankruptcy proceeding only.

Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 15, 2015

**Prepared by:**

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719