UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  15-07701
Ricardo Fajardo )
 )
 )   Chapter: 13
 )
 )   Honorable Timothy A. Barnes
 )
Debtor(s) )

**ORDER DENYING APPROVAL OF MODIFICATION OF EXISTING LOAN**

This matter coming to be heard on the motion of the Debtor for approval of a modification of an existing loan;

The Court, after due notice having been given and hearing thereon, having been fully advised of the matter herein; and

IT IS HEREBY ORDERED that

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 05 JAN 2017