# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:

Case Number: 15-07701

Ricardo Fajardo

Chapter 13

Debtor

Judge: Hon. Timothy A. Barnes

## AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST AS TO PROPERTY LOCATED AT 4143 W 56th ST, CHICAGO, IL 60629

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, US Bank Trust National Association, as Trustee of the SCIG Series III Trust, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 4143 W 56th St, Chicago, IL 60629 ("Property").

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the months of August 2018 through October 2018 in the amount of $959.35 each, late charge balance of $127.15, a suspense balance of $185.41, as well as fees and costs of $1,031.00 for a total of $3,850.79.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $641.80 on or before November 30, 2018
    b. $641.80 on or before December 30, 2018
    c. $641.80 on or before January 30, 2019
    d. $641.80 on or before February 28, 2019.
    e. $641.80 on or before March 30, 2019
    f. $641.79 on or before April 30, 2019

4. These lump sum payments are in addition to the regular monthly payments in the amount of $959.35. The next monthly payment will be due November 1, 2018. Regular monthly payments are due on or before the 1st day of each month.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtor's account number and be sent to:

SN Servicing Corporation
SCIG Series III Trust
PO Box 660820
Dallas, TX 75266-0820

6. In the event that said Debtor should fail to make any of the lump sum payments herein described on or before their specified due dates, or should the Debtor fail to pay any future monthly payment so that said payment is not received by Movant by the last day of the month in which it is due, then, or in either of those events, Movant shall give fourteen (14) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay.

DATED: 06 NOV 2018

ENTER:

_____
Honorable Timothy A. Barnes
United States Bankruptcy Judge

/s/ D. Anthony Sottile
D. Anthony Sottile (IN 27696-49)
Sottile and Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com

/s/ _____
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: 847.673.8600
Fax: 847.673.8636
cutlerfilings@gmail.com