# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 15-07701 |
| Ricardo Fajardo | Chapter 13 |
| Debtor. | Hon. Judge Timothy A. Barnes |

## NOTICE OF MODIFICATION OF AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

    David H. Cutler
    Cutler & Associates, Ltd.
    4131 Main St.
    Skokie, IL 60076

    Marilyn O Marshall
    224 South Michigan, Suite 800
    Chicago, IL 60604

**VIA U.S. MAIL:**

    Ricardo Fajardo
    4143 W 56th Street
    Chicago, IL 60629

PLEASE TAKE NOTICE that the Debtor has failed to comply with the provisions set forth in the Order of this Honorable Court dated November 6, 2018, and hereto attached. In accordance with said Order, US Bank Trust National Association, as Trustee of SCIG Series III Trust mailed notification of non-compliance to all required parties on January 16, 2019. The Debtor did not cure the default within the time specified in said Notice.

THEREFORE, the automatic stay has been modified and Bankruptcy Rule 4001(a)(3) waived, as to US Bank Trust National Association, as Trustee of SCIG Series III Trust, its successors

and/or assigns, as to a certain mortgage upon real estate, with a common address of 4143 W 56th ST, CHICAGO, IL 60629.

Dated: February 6, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on February 6, 2019, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant