| | | |
|---|---|---|
| *Corporate Office* <br> 11351 Pearl Rd., Suite 300 <br> Strongsville, OH  44136 <br> (440) 572-1511 <br><br> *Southern Ohio Office* <br> 394 Wards Corner Rd., Suite 180 <br> Loveland, OH 45140 <br> (513) 444-4100 <br><br> *Illinois Office* <br> 1415 West 22nd Street, Tower Floor <br> Oak Brook, IL 60523 <br> (312) 883-2810 | **SOTTILE & BARILE** <br> ATTORNEYS AT LAW | D. Anthony Sottile [1,2,3] <br> Franco M. Barile [1,4] <br> Jon Lieberman [1,2,4] <br> Michael J. Lubes [1] <br> David W. Cliffe [1,2,4] <br> Molly Simons [1,2] <br> Karl V. Meyer [5] <br> Michelle D. Heinz [1] <br><br> (1)-Ohio, (2)-Kentucky, (3)-Indiana, (4)-Michigan, (5)-Illinois <br><br><br> www.sottileandbarile.com |

January 16, 2019

David H. Cutler

    RE: Ricardo Fajardo
    Bankruptcy Case No.: 15-07701
    Creditor: US Bank Trust National Association, as Trustee of the SCIG Series III Trust
    Please Refer to File Number ILB1901002

Dear Sir/Madam,

    I am writing to you on behalf of US Bank Trust National Association, as Trustee of the SCIG Series III Trust to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered November 6, 2018.

    The Debtor has failed to remit stipulation payments for the months of November 30, 2018 through December 30, 2018 in the amount of $641.80 each as well as post-petition payments for the month of November 1, 2018 in the amount of $959.35 and the month of December 1, 2018 in the amount of $962.63. The total amount necessary to cure the default through January 30, 2019 is $3,205.58. Payment **- IN CERTIFIED FUNDS ONLY -** should be sent directly to US Bank Trust National Association, as Trustee of the SCIG Series III Trust, PO Box 660820, Dallas, TX 75266-0820.

    If this default is not cured within fourteen (14) days after the date of receipt of this notice, Movant may file a Notice of Stay Modification terminating the stay.

                                                Sincerely,

                                                ___/s/ Jon J. Lieberman_____
                                                Jon J. Lieberman
                                                Sottile & Barile, Attorneys at Law
                                                P.O. Box 476
                                                Loveland OH 45140
                                                Phone: (513) 444-4100
                                                bankruptcy@sottileandbarile.com

**Pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.**

cc:    Ricardo Fajardo
        4143 W 56th Street
        Chicago, IL 60629